ESTATE OF: Sandra C.
LESSER, Deceased

1295 EDA 2016

Superior Court of Pennsylvania.

08/07/2017

2012–x3840 (Montgomery)

Affirmed

COM.

v.

PHELAN, K.

1358 EDA 2016

Superior Court of Pennsylvania.

08/07/2017

CP–23–CR–0003469–2015
(Delaware)

Affirmed

COM.

v.

SERFASS, T.

3291 EDA 2016

Superior Court of Pennsylvania.

08/07/2017

CP–45–SA–0000115–2016 (Monroe)

Vacated/Remanded

COM.

v.

ALLEYNE, A.

3468 EDA 2016

Superior Court of Pennsylvania.

08/07/2017

CP–46–CR–0000906–2014
(Montgomery)

Affirmed

COM.

v.

GETZ, K.

725 MDA 2016

Superior Court of Pennsylvania.

08/07/2017

CP–40–CR–0000375–2012
(Luzerne)

Affirmed